MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS NEWMAN (NYBN 4256178)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7009
    Thomas.newman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-14-439-JST |
| Plaintiff, | ) STIPULATION TO PERMIT TRAVEL TO THE |
| v. | ) EASTERN DISTRICT OF CALIFORNIA |
| VALERIE SHAW, | ) |
| Defendant. | ) |

The parties stipulate as follows:

1.      On February 6, 2014, this Court placed Ms. Shaw on pre-trial release under certain terms and conditions pursuant to an unsecured $50,000 personal recognizance bond.

2.      Presently, Ms. Shaw is not permitted to travel outside of the Northern District of California.

3.      Ms. Shaw has family in the Eastern District of California.  To date, Ms. Shaw has been compliant with all of the terms of her pre-trial release.  Based on her compliance and need to travel to

Fresno, CA, the parties stipulate to permit the defendant to travel to the Eastern District of California at the discretion of pre-trial services.

DATED: May 5, 2014                              Respectfully submitted,


                                               MELINDA HAAG
                                               United States Attorney


                                                 /s/
                                               THOMAS M. NEWMAN
                                               Assistant United States Attorney
                                               Tax Division


                                        _      _/s/___
                                               RICHARD TAMOR
                                               Attorney for Defendant Valerie Shaw


                                        ORDER

   GOOD CAUSE appearing, it is hereby ORDERED that MS. VALORIE SHAW be allowed to travel to and from Fresno, California at the direction and supervision of Pre-Trial Services. All other terms and conditions of release shall remain the same.

SO ORDERED.

DATED: __9/15/14_____      _____Kandis Westmore_____
                                               THE HONORABLE  KANDIS A. WESTMORE
                                               United States Magistrate Judge

STIPULATION
CR-14-439-JST                    2