1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4

5 | THOMAS NEWMAN (NYBN 4256178)
Assistant United States Attorney

6 | 1301 Clay Street, Suite 340 S
Oakland, California 94612-5217
7 | Telephone: (510) 637-3689
Fax: (510) 637-3724
8 | Thomas.newman2@usdoj.gov

9

10 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 14-439-JST |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE CHANGE OF PLEA HEARING |
| v. | ) |
| VALERIE SHAW, | ) |
| Defendant. | ) |

The parties stipulate as follows:

1. A change of plea hearing is currently set for January 9, 2015. The parties require additional time to review the discovery and finalize the plea agreement in this matter.

2. In additional, defense counsel has a scheduling conflict with the January 9, 2015, hearing date. For those reasons, the parties stipulate to continue the change of plea hearing from January 9, 2015, to January 23, 2015.

4. The defendant also agrees to exclude time from the date of this stipulation until January 23, 2015, pursuant to 18 U.S.C. § 3161. The parties agree that granting this continuance is warranted for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7). The parties also agreed that the ends

STIPULATION
14-439 JST

of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

DATED: November 13, 2014                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney

                                      _____/s/_____
                                      THOMAS M. NEWMAN
                                      Assistant United States Attorney
                                      Tax Division

                                      ___/s/_____
                                      RICHARD TAMOR
                                      Attorney for Defendant Valerie Shaw

## ORDER

For the reasons stated above, the change of plea hearing is continued to January 23, 2015, an exclusion of time is warranted from November 13, 2014 through January 23, 2015, because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED Nov. 16, 2014                    _____
                                             THE HONORABLE  JON S. TIGAR
                                             United States District Judge